IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAM KATZ, on behalf of himself and all others similarly situated,<br><br>   *Plaintiff*,<br><br> v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br><br>   *Defendant*. | Case No. 5:22-cv-05198-PKH |

**NOTICE OF APPEARANCE**

Comes now attorney A. Paul Heeringa, of Manatt, Phelps & Phillips, LLP, and hereby enters his appearance on behalf of Defendant, CHW Group, Inc. d/b/a Choice Home Warranty, and requests that all pleadings, notices, and correspondence be sent to the addresses set forth below.

| | |
|---|---|
| Dated: November 2, 2022 | Respectfully Submitted |

                                                Emily A. Neal, Ark. Bar No. 2003087
Conner Eldridge, Ark. Bar No. 2003155
ELDRIDGE BROOKS, PLLC
5100 WEST JB HUNT DRIVE, STE.840
ROGERS, AR 72758
4795537678 - Telephone
4795537553 – Facsimile
emily@eldridgebrooks.com
conner@eldridgebrooks.com

/s/
A. Paul Heeringa, Ill. Bar No. 6288233
MANATT, PHELPS & PHILLIPS, LLP
151 North Franklin Street, Ste. 2600
Chicago, IL 60606
(312) 529-6308 - Telephone
(312) 529-6315 - Facsimile
pheeringa@manatt.com
*pro hac vice*

*Counsel for Defendant CHW Group, Inc. d/b/a Choice Home Warranty*

**CERTIFICATE OF SERVICE**

  I hereby certify that I filed the foregoing document electronically on the Court's docket on November 2, 2022, which served same electronically upon all counsel of record.

                  */s/*_____
                  A.  Paul Heeringa