IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **SAM KATZ**, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>**CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,**<br><br>      Defendant. | Case No. 5:22-cv-05198-PKH |

## NOTICE OF APPEARANCE

  Attorney Jeremy M. Glapion, of Glapion Law Firm LLC, hereby enters his appearance on behalf of Plaintiff Sam Katz, and requests that all pleadings, notices, and correspondence be sent to the addresses set forth below.

**Dated:** November 7, 2022           s/ Jeremy M. Glapion_____
                      Jeremy M. Glapion, Esquire
                      **THE GLAPION LAW FIRM, LLC**
                      1704 Maxwell Drive
                      Wall, New Jersey 07719
                      Tel: 732.455.9737
                      Fax: 732.965.8006
                      jmg@glapionlaw.com