UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **SAM KATZ**, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**CHW GROUP, INC. d/b/a CHOICE HOME WARRANY,**<br><br>      Defendant. | Case No. 22-cv-5198 |

## PLAINTIFF'S MOTION FOR PARTIAL REMAND (THIRD CAUSE OF ACTION)

Pursuant to 28 U.S.C. § 1447(c) and Art. III, § 2 of the Constitution, Plaintiff, Sam Katz, by and through his undersigned counsel, respectfully moves to remand only his third cause of action under 47 U.S.C. § 227(c) for violations of the regulation issued thereunder found at 47 C.F.R. § 64.1200(d). Defendant cannot meet its burden to show Article III standing for that claim as Plaintiff did not plead that he asked Defendant to stop calling, as some courts have required for standing for a claim under § 64.1200(d). Additional detail is set forth in the accompanying Memorandum in Support.

**Dated:** December 2, 2022

                  s/ Jeremy M. Glapion_____
                  Jeremy M. Glapion
                  **THE GLAPION LAW FIRM, LLC**
                  1704 Maxwell Drive
                  Wall, New Jersey 07719
                  Tel: 732.455.9737
                  Fax: 732.965.8006
                  jmg@glapionlaw.com
                  (Pro hac vice)

## **CERTIFICATE OF SERVICE**

I certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of Court by using the Cm/ECF system, which will send notice of electronic filing to counsel of record.

**Dated:** December 2, 2022            /s/ Jeremy M. Glapion
                                                        Jeremy M. Glapion