IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAM KATZ, on behalf of himself and all other similarly situated,<br>      *Plaintiff*,<br>v.<br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br>      *Defendant*. | Case No. 5:22-cv-05198-PKH |

## DECLARATION OF A. PAUL HEERINGA

I, A. Paul Heeringa, hereby declare the following to be true pursuant to 28 U.S.C. § 1746, stating as follows:

1. I submit this Declaration in support of the Motion to Dismiss and/or Strike Plaintiff's Complaint, filed by Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("CHW") in the above-captioned matter ("Action"). I am over 18 years old, have personal knowledge of the facts stated herein, and could and would competently testify thereto if called upon to do so.

2. I am Counsel at the law firm of Manatt, Phelps & Phillips, LLP. My office is located at 151 N. Franklin Street, Suite 2600, Chicago, Illinois 60606. My email address is pheeringa@manatt.com. I am admitted to practice in the state of Illinois (and have been since 2006) and before various federal courts, and am in good standing in all jurisdictions where admitted. I am counsel of record for CHW, and am admitted to appear *pro hac vice*, in this Action on CHW's behalf.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of a deposition transcript, reflecting the sworn deposition testimony of Samuel I. Katz taken in the matter styled as *Samuel Katz et al. v. Liberty Power Corp., LLC et al.,* Case No. 1:18-cv-10506 (D. Mass), on May 16, 2019. This exhibit was downloaded from the internet, at my direction and under my supervision by a member of my law firm, from the District of Massachusetts' CM/ECF docket, as it was publicly

filed as an exhibit in that matter (*see* Dkt. 164-2). The redactions and highlighting in the exhibit appear in the original. The deponent providing testimony for this exhibit is, to my understanding and knowledge, the same as the named Plaintiff (Sam Katz) in the above-captioned Action.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of a deposition transcript, reflecting the sworn testimony of Samuel Katz, taken in a matter styled as *Lynn Slovin, et al. v. Sunrun, Inc., et al.*, Case No. 4:15-cv-05340-YGR (N.D. Cal.) on June 26, 2017. This exhibit was downloaded from the internet, at my direction and under my supervision by a member of my law firm, from the District of Massachusetts' CM/ECF docket in the *Liberty Power* case discussed above, as it was filed as an exhibit in that matter (*see* Dkt. 190-4). The highlighting in this exhibit appears on the original copy. The deponent providing testimony for this exhibit is, to my understanding and knowledge, the same as the named Plaintiff in the above-captioned Action.

5. Based on my research and own personal knowledge—including but not limited to a review of the foregoing Exhibits, court dockets in the *Liberty Power* and *Sunrun* cases above, and court dockets of other cases in which Mr. Katz was the named plaintiff—it is my understanding and belief that the "305 number" and the "207 number" being discussed in the foregoing Exhibits are the same phone numbers that Plaintiff alleges were called or texted in this Action (*see* Dkt. 2-1, ¶ 36).

6. Nothing in this Declaration should be understood as an admission or concession by the undersigned or CHW of any allegations in Complaint or of liability, in this Action or otherwise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 2, 2022  
in La Grange, Illinois                             By: _____  
                                                       A. Paul Heeringa