# EXHIBIT 2

Redacted May 16, 2019 Deposition Transcript of Samuel Katz

EXHIBIT A TO DEFENDANT'S
MOTION TO DISMISS OR STRIKE
KATZ V. CHW
CASE NO. 5:22-CV-05198-PKH

# In The Matter Of:

*Katz v.*
*Liberty Power*

*Samuel Katz*
*May 16, 2019*
*CONFIDENTIAL*



**CONFIDENTIAL**

1

1                                          Volume 1
                                           Pages 1-202
2                                          Exhibits:  1-14

3        CONTAINS CONFIDENTIAL BUSINESS INFORMATION,
                  SUBJECT TO A PROTECTIVE ORDER
4
                  UNITED STATES DISTRICT COURT
5              FOR THE DISTRICT OF MASSACHUSETTS
               Civil Action No. 1:18-cv-10506-ADB
6
        -------------------------------------
7    SAMUEL KATZ, et al., an individual,
     on his own behalf and on behalf of
8    all others similarly situated
                        Plaintiffs
9    vs.
     LIBERTY POWER CORP., LLC, et al.
10                      Defendants
        -------------------------------------
11

12

13

14

15   CONFIDENTIAL VIDEOTAPED DEPOSITION OF SAMUEL I. KATZ
               Thursday, May 16, 2019, 9:51 a.m.
16           Eckert Seamans Cherin & Mellott, LLC
             Two International Place, 16th Floor
17                  Boston, Massachusetts

18

19

20

21
     ---Reporter:  Joan M. Cassidy, CSR, RPR, RMR, CRR---
22               EPPLEY COURT REPORTING LLC
          P.O. Box 382, Hopedale, Massachusetts 01747
23               508-478-9795  Fax 508-478-0595
                  www.eppleycourtreporting.com
24

**CONFIDENTIAL**

2

1    APPEARANCES:

2

     Present for Plaintiffs:
3        Preston Law Offices
         Ethan M. Preston, Esq.
4        4054 McKinney Avenue, Suite 310
         Dallas, Texas 75204
5        972-564-8340  Fax: 866-509-1197
         ep@eplaw.us
6                -and-
         Parasmo Lieberman Law
7        Grace E. Parasmo, Esq.
         Yitzchak H. Lieberman, Esq.
8        7400 Hollywood Boulevard, suite 505
         Los Angeles, California 90046
9        646-509-3913  Fax: 866-501-3346
         gparasmo@parasmoliebermanlaw.com
10       ylieberman@parasmoliebermanlaw.com

11

     Present for Defendants:
12       Eckert Seamans Cherin & Mellott, LLC
         Jeffrey P. Brundage, Esq.
13       1717 Pennsylvania Avenue N.W., Suite 1700
         Washington, D.C. 20006
14       202-659-6676  Fax: 202-659-6699
         jbrundage@eckertseamans.com
15               -and-
         Eckert Seamans Cherin & Mellott, LLC
16       Rachel E. Moynihan, Esq.
         Two International Place, 16th Floor
17       Boston, Massachusetts 02110
         617-342-6800  Fax: 617-342-6899
18       rmoynihan@eckertseamans.com

19

     ALSO PRESENT:  Patrick Blaskopf, Videographer
20

21

22

23

24

**Samuel Katz - May 16, 2019**
**CONFIDENTIAL**

28

1    them to represent you in this case?

2        A.  I spoke with them.

3        Q.  At the time you spoke with them, were you

4    seeking out counsel for representation in this case?

5        A.  Well --

6            MS. PARASMO:  Objection, vague and

7    ambiguous.  You can answer.

8        A.  -- I have continual ongoing conversations

9    with counsel.

10       Q.  Why do you have continuous ongoing

11   conversations with counsel?

12       A.  Because I speak with them about illegal

13   telemarketing activities.

14       Q.  Besides conversations with your attorneys,

15   who have you discussed the allegations in the

16   complaint with?

17       A.  I think that my attorneys are the people

18   I've discussed the allegations in this complaint

19   with.

20       Q.  No one else?

21       A.  I don't believe so.

22       Q.  Have you discussed the allegations in the

23   complaint with your wife?

24       A.  She is aware of the complaint, but I don't

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

30

1      Q.  Who do you communicate with on WhatsApp?

2   I'm sorry, you don't have to answer that.

3           Have you ever communicated with anyone

4   on WhatsApp regarding Liberty Power?

5      A.  No.

6      Q.  Have you ever texted with your wife about

7   Liberty Power?

8      A.  No.

9           (Ms. Parasmo confers with the witness.)

10          MR. BRUNDAGE:  (To the reporter) Did you

11  get all that?

12          THE REPORTER:  I didn't hear it.

13          MR. BRUNDAGE:  We have to have our

14  record here.

15          MS. PARASMO:  Sure.  I'm instructing the

16  witness to take him -- of the marital privilege and

17  not to divulge communications with his wife.

18          MR. PRESTON:  Which are confidential.

19          MS. PARASMO:  Which are confidential.

20     Q.  What's your telephone number?

21     A.  What time frame are you referring to?

22     Q.  Today.

23     A.  I have more than one telephone number.

24     Q.  What are they?

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

31

1 ████ ████████████████████████

2 ████████████████████████

3      Q. 6565 is your cell phone, correct?

4      A. Yes.

5      Q. 9112 is a Google Voice number, correct?

6      A. No.

7      Q. What is that number?

8      A. It's a Voice-over-IP number.

9      Q. Is it associated with Google?

10      A. No.

11      Q. What is the 305 number?

12      A. A work number.

13      Q. Is it a residential number?

14      A. What do you mean by "residential"?

15      Q. If I call that number, will it ring in your

16 home in Maine?

17      A. Connected to a landline; is that what

18 you're asking?

19      Q. If I call that number, will it ring in your

20 home in Maine?

21      A. It's a VoIP number, V-o-I-P.

22      Q. It's a yes-or-no question. If I call the

23 305 number, will it ring in your home in Maine?

24      A. It will not cause a landline to ring in my

**Samuel Katz - May 16, 2019**
**CONFIDENTIAL**

32

1   home in Maine.

2       Q.   How long have you had that telephone

3   number?

4       A.   Between a year and two years.

5       Q.   You testified a moment ago it won't ring.

6   Can you tell me why it doesn't ring?

7       A.   It's a phone number that forwards calls to

8   my 6565 number.

9       Q.   Why do you have that call forwarding set

10  up?

11      A.   So that I can answer calls.

12      Q.   Answer calls from whom?

13      A.   People calling it.

14      Q.   Who calls it?

15      A.   That's a very broad answer.

16      Q.   Can you give me three examples of the

17  people who call it?

18      A.   Defendants, but not -- sorry, not

19  defendants.   A party who I had corresponded with

20  about allegations of TCPA violations.

21      Q.   Can you give me two more examples?

22      A.   Illegal telemarketers.

23      Q.   Is it accurate to say that the 305

24  telephone number receives telemarketing calls?

33

1     A.  Yes.

2     Q.  What percentage of the calls on -- received

3  on the 305 number are telemarketing calls?

4     A.  I don't know.

5     Q.  Can you give me an approximation?

6     A.  The phone number is listed -- in question

7  is listed on the National Do Not Call Registry.

8     Q.  Can you give me an approximation of how

9  many telephone calls received on the 305 number are

10  telemarketing calls?

11     A.  The majority of them.

12     Q.  Over 75 percent?

13     A.  I would say that overall at least 75

14  percent of the phone calls that I receive on any

15  given number are unwanted and unsolicited phone

16  calls.

17     Q.  Are they telemarketing calls?

18     A.  What do you mean by "telemarketing"?

19     Q.  I will define that as calls in which you're

20  being solicited to purchase something.

21     A.  I don't know.

22     Q.  You don't know if you're being solicited to

23  purchase something?

24     A.  I don't have any way of classifying a call

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

35

1    Q.  When you look at that incoming call on your
2 cell phone, which is the 6565 number, it shows as
3 the 305 number?
4    A.  Yes.
5    Q.  So you don't actually know what number has
6 called the 305 number, correct?
7    A.  Correct.
8    Q.  All right, thank you.  What is the 207
9 number?
10    A.  A phone number assigned to a VoIP service.
11    Q.  Who is the VoIP provider?
12    A.  NumberBarn.
13    Q.  NumberBarn?
14    A.  Yes.
15    Q.  How long have you had that telephone
16 number?
17    A.  I don't know.  I -- similar to the other
18 one.  I obtained it at some point after moving into
19 ███████████████████
20    Q.  Who's the VoIP provider for the 305 number?
21    A.  NumberBarn.
22    Q.  Does the 207 number ring at your residence
23 in Maine?
24    A.  What do you mean by that?

**Samuel Katz - May 16, 2019**
**CONFIDENTIAL**

36

1      Q.   If I dial that telephone number, will it
2  ring in your home in Maine?
3      A.   Are you asking if it's a landline?
4      Q.   No.   I'm asking you if it will make an
5  audible noise in your home if I call it.
6      A.   It will forward to my cell phone.
7      Q.   Is that the 6565 number?
8      A.   Yes.
9      Q.   When the 207 number forwards to your cell
10 phone, does the incoming number on your cell
11 phone -- is that the 207 number?
12     A.   Yes.
13     Q.   So you don't actually know who's called you
14 when you see the 207 number on your cell phone,
15 correct?
16     A.   Correct.
17     Q.   Approximately how many calls a day does the
18 8 -- 207 number receive?
19     A.   Similar to the other phone number, it could
20 be anywhere from zero to fifteen.   There's a high
21 level of variability with -- on any of the -- on
22 these numbers, and I'm sure you're going to ask
23 about 9112, as well as the 857 number.   And
24 generally it's on the very low end, of zero, one or

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

38

1    ambiguous" and then he says "what do you mean,"

2    that's coaching.

3               MS. PARASMO:  He was going to say it

4    anyway, and that's my basis for the objection.  I

5    can make a record.

6               MR. BRUNDAGE:  Can you read back my

7    question, please.

8               (The following question was read:

9               "QUESTION:  Do you keep a log of the

10              calls received to the 305 number?")

11       Q.  Do you understand that question?

12       A.  No.

13       Q.  What don't you understand about it?

14       A.  What do you mean by a "log"?

15       Q.  A document, whether electronic or

16    handwritten, that tracks all the incoming calls.

17       A.  I retain records of the calls beyond the

18    regular retention policy by copying and pasting

19    exported CSV files into an Excel spreadsheet.

20       Q.  Do you do that for the 305 number?

21       A.  Yes.

22       Q.  Do you do that for the 207 number?

23       A.  Yes.

24       Q.  Do you do that for every call received at

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

39

1    the 305 number?

2          A.   Yes.

3          Q.   Do you do that for every call received at

4    the 207 number?

5          A.   Yes.

6          Q.   Why do you -- what would you like to refer

7    to this document as?

8          A.   A call archive.

9          Q.   Call archive.  Is the call archive the same

10   for the 305, 207 number?  In other words, is it a

11   consolidated archive, or are there two separate

12   archives?

13         A.   It's a consolidated archive.

14         Q.   Why do you keep this call archive?

15         A.   My experience from past litigation has been

16   that record retention policies at phone service

17   providers are generally a year, and in instances

18   where there has been -- there have been a need for

19   records, it is -- if the provider only keeps it for

20   a year -- I am expanding the level of access so that

21   I have access to calls beyond a year in case the

22   provider is nonresponsive to the request as a result

23   of their own storage period, as a result of their

24   own storage policies.

42

1     Q.  What is that document?

2     A.  That -- I believe that document is -- I may

3  be mistaken on the document number, but I believe

4  it's an October 18 email from Mezzi Marketing to

5  Liberty Power telling Liberty Power that they did

6  call me.

7     Q.  Why does that email make you believe that

8  Mezzi Marketing has CDRs?

9     A.  The initial email from Liberty provided

10  my -- the two phone numbers that they had for me and

11  asked if those phone numbers had been called.

12     Q.  Do you have any other basis to believe

13  Mezzi Marketing has CDRs?

14          MS. PARASMO:  Objection.  You can

15  answer.

16     A.  They're a telemarketing -- my understanding

17  is that they're a telemarketing company that's based

18  in Pakistan.

19     Q.  Do you make any outgoing calls on the 305

20  number?

21     A.  No.

22     Q.  Is the 305 number connected to any physical

23  telephone?

24     A.  What do you mean by "physical telephone"?

44

1      A.   It's a VoIP number.

2      Q.   Is it connected to a cell phone?

3      A.   It forwards to a cell phone.

4      Q.   Is it connected to a cell phone?

5      A.   Under the context of forwarding and causing

6   a cell phone to ring, yes, it is connected to a cell

7   phone.

8      Q.   If I dial the 207 number, will a cell phone

9   ring -- I'm sorry, will a cell phone ring besides

10  the 6565 number?

11     A.   No.

12     Q.   If you were to disable the call forwarding

13  on the 207 number, what would happen if one were to

14  dial it?

15     A.   I think it would go to voicemail, but I'm

16  not sure.

17     Q.   How long after you obtained the 305 number

18  did you set up the call forwarding?

19     A.   Shortly thereafter.

20     Q.   A day, a week?

21     A.   Less than a week.

22     Q.   After you obtained the 207 number, how long

23  thereafter did you set up the call forwarding to the

24  6565 number?

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

46

1      A.  Yes.

2      Q.  Do you use that number to create your call

3   archive?

4      A.  That number is included in part of my call

5   archive.

6      Q.  With regards to the 207 number, does that

7   number create a record in NumberBarn?

8      A.  Yes.

9      Q.  Can you describe this record for me,

10   please?

11      A.  I've already described it.

12      Q.  Can you describe this record for me,

13   please, of NumberBarn?

14      A.  The record is a date, time, displayed

15   caller ID, the length of the call and the number

16   that was called.

17      Q.  Do you copy all of that information into

18   your call archive?

19      A.  Yes.

20      Q.  Do you do that manually, or is it done

21   automatically?

22      A.  I do it manually.

23      Q.  How often do you do that?

24      A.  Once a month.

59

1     Q.  Is that VoIP service assigned to a cell

2  phone?

3     A.  No, it's a VoIP service.

4     Q.  I'm not being very articulate because I

5  don't understand the terminology quite as well as

6  you do.  I apologize.  I'm trying to ask you that if

7  I dialed the 305 number, will a cell phone ring?

8     A.  If you dial the 305 number, the call will

9  forward to my 6565 number.

10    Q.  All right.  If you disable that forwarding

11  feature, if I dial the 305 number, will a cell phone

12  ring?

13    A.  A physical cell phone?  If I disable that

14  feature will a physical cell phone ring?

15    Q.  Yes, that is my question.

16    A.  No.

17    Q.  What will happen if you disable that

18  feature and the 305 number is called?

19    A.  I think it's similar to the remainder of

20  the NumberBarn numbers.  I think if I -- this is my

21  understanding, not necessarily a statement of fact,

22  is that I think it will just go to my voicemail box

23  on NumberBarn.

24    Q.  What does that voicemail box say?  What's

60

1     the recording?

2          A.  I don't know what the recording is.  It

3     might be the -- you know, "you've reached the phone

4     number," it might be a greeting.  I don't know what

5     it is.

6          Q.  You don't know if it's a custom greeting or

7     not?

8          A.  No, I don't.

9          Q.  Same questions with the 207 number:  If you

10    disable the call forwarding, will it go to a

11    voicemail?

12         A.  Yeah, I think so.

13         Q.  If you disable the call forwarding and I

14    call the 207 number, a physical cell phone will not

15    ring; is that correct?

16         A.  Correct.  The 207 number was ported from

17    the landline service to NumberBarn.

18         Q.  What landline service?

19         A.  The local owned in DSL company.  I think

20    it's GSI or, I don't know, some local telephone

21    company.

22         Q.  Something like Fios?

23         A.  It's not Fios, but it would be comparable

24    to that, yes.

61

1    Q.  Right, okay.  Why do you have the 305

2    telephone number?

3    A.  As the result of some situations that have

4    occurred in the past, I'm no longer comfortable

5    giving out my direct phone number to some --

6    particularly some TCPA defendants or TC -- potential

7    TCPA violators.

8    Q.  So you have that cell phone number to catch

9    potential TCPA violators, correct?

10   A.  No.  I have that phone number to facilitate

11   communications so that I don't need to give out my

12   direct 617 number to people who I don't know.

13   Q.  Facilitate communications about what?

14   A.  Talking.

15   Q.  On what subjects?

16   A.  I don't know that there's a specific

17   subject that I -- there's -- I don't think that

18   there's a specific bucket of, you know, if someone

19   is going to call me about this subject, then I give

20   this number, but -- no, on occasions I have -- when

21   I don't trust that my information is going to be

22   held securely, I will enter the 305 number or one of

23   my other phone numbers so that it will ring there

24   and that a party will not have my direct 617 number.

62

1      Q.   What area code is 305?

2      A.   South Florida.

3      Q.   Did you request that area code?

4      A.   Yes.   There's a song that I used to listen

5   to and sometimes still listen to when I work out.   I

6   think it's called like "305 Till I Die," or

7   something like that.   It's a rap song.

8      Q.   What area code is 207?

9      A.   Maine.

10      Q.   Did you request that area code?

11      A.   It was provided to me, but on top of that I

12   wanted a Maine phone number.

13      Q.   You testified a moment ago that you give

14   out the 305 or 207 numbers to parties you don't

15   trust; is that correct?

16      A.   Or 978, yes.

17      Q.   Or 978.   What would cause you not to trust

18   a party?

19      A.   That I don't have confidence that they

20   would be able to handle my information in a secure

21   and professional manner.

22      Q.   What facts create a lack of confidence that

23   they would not handle your number in a safe and

24   professional manner?

70

1   where I have given a specific phone number.  For

2   example, registering my vehicles, I've provided the

3   978 number.  I recall that specifically.

4        Q.  If you give a business the 978 or the 305

5   or the 207 number, do you track the -- you providing

6   that number to that business?

7        A.  Do you mean I keep track of who I give my

8   phone number to?

9        Q.  Yes.

10       A.  In a -- formally in notes or recordkeeping

11  or just remember occasions when I've given a certain

12  number to a certain party?

13       Q.  The former.

14       A.  I do not keep track of who I have given

15  particular phone numbers to.

16       Q.  You don't have a document that keeps track

17  of that?

18       A.  No.

19       Q.  All right.  I would like to discuss your

20  allegations in this complaint, beginning with the

21  telephone numbers related to this complaint.  Can we

22  discuss that?

23       A.  Yes.

24       Q.  What telephone numbers did you have in

71

1    September 2016?

2        A.   I had 617 -- the 617 number, the 978 number

3    and two 508 numbers.

4        Q.   The two 508 numbers, we're going to need to

5    distinguish them, so can -- one of them ends in

6    0240, correct?

7        A.   Yes.

8        Q.   And one of them ends in 5150, correct?

9        A.   Yes.

10       Q.   Each of those numbers in September 2016 was

11   set up to create an email when it received a call,

12   correct?

13       A.   That is my recollection, yes.

14       Q.   Why did you set up each of those numbers to

15   create an email when an incoming call was received?

16       A.   For the same reason that I maintain the

17   call archive.  It's to maintain a formal record of

18   the -- I don't know if "formal" is the right word --

19   to maintain an archive of the calls that I received.

20       Q.   At -- in September 2016 did the 0240

21   telephone number forward to any telephone number?

22       A.   It was -- yes.  It was plugged into the

23   wall, and the calls would -- the phone number was

24   set up to forward to my 6565 -- sorry.  I think that

72

1   it was set up to forward to -- I think it was set up

2   to forward to my Google Voice number, which then

3   forwarded the 911 -- which was my Google Voice

4   number, and then would go to 6565.

5       Q.  If I'm understanding you correctly, it

6   forwarded twice, once to your 9112 number and then

7   again to the 6565 number?

8       A.  Yes.

9       Q.  Why did the 0240 telephone number forward

10  twice like that?

11      A.  Why did it forward to Google Voice and then

12  to 6565?

13      Q.  You've articulated my question better than

14  I did.

15      A.  That's how it was set up.

16      Q.  By you?

17      A.  Yes.

18      Q.  Why?

19      A.  For the same purposes that I have -- the

20  same purposes that I've already described for why

21  this happens from the existing NumberBarn numbers

22  today.

23      Q.  When the -- in September 2016, when the

24  0240 telephone number forwarded to the 9112 Google

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

73

1   number, did that create a record?

2        A.  Yes.

3        Q.  Then the telephone number forwarded to your

4   actual cell phone, 6565, correct?

5        A.  Yes.

6        Q.  When someone called the 0240 telephone

7   number, would you see that call on your cell phone?

8        A.  Are you asking if I would see the phone

9   number of the calling -- the party who called 0240

10  on my cell phone?

11       Q.  That was going to be my next question.

12       A.  Would -- you're asking if it was

13  transmitting the caller ID?

14       Q.  If I called in September 2016 the 0240

15  number, would your cell phone ring, 6565?

16       A.  It would cause my cell phone to ring.

17       Q.  What number would be displayed on your cell

18  phone?

19       A.  My Google Voice number.

20       Q.  All right.  So if I called 0240, your cell

21  phone would ring, and it would display the 9112

22  number; is that correct?

23       A.  Yes, that's correct.

24       Q.  All right.  Thank you.  Is that set of

74

1  facts the same for the 5150 number?

2      A.  Yes.  My wife -- when we had that 0240

3  number set up for emergency purposes, my wife got

4  sick of the continual phone calls, and I set up call

5  forwarding so that she would still be able to make

6  an outbound emergency call.

7      Q.  Are we talking about the 5150 number?

8      A.  No, we're talking about 0240.

9      Q.  So the 0240 number did not ring in

10  September 2016, correct?

11      A.  It did ring.

12      Q.  Did it make an audible noise when someone

13  called that number?

14      A.  On my cell phone, yes.

15      Q.  In September 2016 the 0240 was physically

16  connected to a telephone, correct?

17      A.  Yes.

18      Q.  It was a telephone -- well, forget that

19  question.

20          But the telephone that you're referring

21  to did not make an audible ring, correct?

22      A.  The calls were, for that line -- incoming

23  calls for that line were forwarded to 9112 which

24  would then be forwarded to 6565.

78

1    understanding was that I was getting a special

2    negotiated price, yeah.

3        Q.  Is it correct that in September -- never

4    mind.

5            The 0240 number and the 5150 number were

6    on separate telephone jacks; is that correct?

7        A.  Yes.

8        Q.  Did the 50 -- did the 5150 number audibly

9    ring?

10       A.  I don't think it did.

11       Q.  Were you charged for the call forwarding

12   you did for either of these telephone numbers?

13       A.  Was there an -- are you asking if there was

14   an incremental cost associated with forwarding each

15   call or the service itself?

16       Q.  I'm asking if there was any cost associated

17   with you forwarding the calls.

18       A.  I don't believe that there was a financial

19   cost associated with the calls.

20       Q.  Was there a different type of cost?

21       A.  Yes, there are different types of costs

22   that exist.

23       Q.  Was there a different type of cost besides

24   a financial cost associated with forwarding the

80

1    correct?

2        A.  Yes.

3        Q.  So you couldn't distinguish which number

4    was called?

5        A.  If some -- when you -- you mean if someone

6    called the 911 -- if someone called the 0240 number

7    and the 9112 number showed up on my phone, I would

8    not be able to distinguish; is that what you're

9    asking?

10       Q.  Close, but no.  I'm asking if you could

11   distinguish -- when you received a 9112 incoming

12   call on your cell phone, if you could distinguish

13   whether the 0240 number was called or the 5150

14   number was called.

15       A.  Well, what -- I think that what I had done

16   to try to clear that up was that when I would

17   receive a call on -- I don't remember if it -- I

18   think it was both 0240 and 5150, I think that it

19   would also a -- in addition to email, I think it

20   also would send me a text message so that I would --

21   it would be an indication that the forwarded Google

22   Voice call was a text -- was from a landline, which

23   would -- again, the 9112 number was a phone number I

24   had for a very long time, so it helped me with

**Samuel Katz - May 16, 2019**
**CONFIDENTIAL**

82

1   time.  I do not -- generally, to prevent the phone

2   from becoming clogged, my settings have always been

3   to retain only 50 -- with the Verizon texting app,

4   have been to retain only 50 messages per

5   conversation.  So as additional messages come in,

6   the older ones are deleted.  And I don't know which

7   phone I had at the time that I received the calls.

8   I don't believe that I have that phone anymore.  The

9   phone that I have I obtained in I think August of

10  2017.

11      Q.  In September 2016 was it possible -- let me

12  rephrase that.  In September 2016, if someone called

13  your Google number, your 9112 number, would that

14  forward to your cell phone?

15      A.  To my 6565 number?

16      Q.  Yes, that's my question.

17      A.  Yes.

18      Q.  So in September 2016 you had three

19  different numbers forwarding to 6565:  0240, 5150

20  and 9112; is that correct?

21      A.  No.

22      Q.  What's incorrect about what I just said?

23      A.  0240 and 5150 were forwarded to 9112.

24      Q.  In September of 2016 if someone called

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

83

1    0240, 5150 or 9112, the number that was displayed on

2    your cell phone was the 9112 number, correct?

3        A.  Yes.

4        Q.  Did the 9112 ring on your cell phone

5    audibly?

6        A.  It would cause my cell phone to ring.

7        Q.  Audibly?

8        A.  If my phone was set to have a sound when it

9    rang, yes.

10       Q.  That is a good distinction.  Thank you.

11       A.  It also included -- I think it was set to

12   vibrate.

13       Q.  Right.  As of September 2016, was the 0240

14   a residential number?

15           MS. PARASMO:  Objection, vague and

16   ambiguous.

17       A.  What do you mean?

18           MR. BRUNDAGE:  Grace, you're going to

19   have to speak louder.

20           (Discussion off the record.)

21       A.  What do you mean by "residential"?

22       Q.  Did it not ring to a cell phone?

23       A.  Well, my understanding of what a

24   residential number constitutes is the -- I think

**Samuel Katz - May 16, 2019**
**CONFIDENTIAL**

85

1      Q.  In September 2016 was the 9112 telephone

2   number a residential telephone number?

3      A.  Yes.

4      Q.  So in September 2016 you had three separate

5   residential telephone numbers?

6      A.  No, I had four.

7      Q.  What was the fourth?

8      A.  6565.

9      Q.  How many do you have today as we sit here?

10     A.  How many residential phone numbers do I

11   have today?

12     Q.  Yes.

13     A.  Five, the numbers we discussed earlier.

14     Q.  Right.

15           MR. BRUNDAGE:  How are we doing on

16   videotape capacity?

17           VIDEOGRAPHER:  We have 20 minutes.

18           (Marked, Exhibit 2, Part of call log,

19   one page.)

20     Q.  Mr. Katz, the court reporter is handing you

21   a document which she has marked as Exhibit 2.

22   Please let me know if you recognize this document.

23     A.  (Witness reviews document.) Yes, I do.

24     Q.  What is this document?

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

90

1    time, so I don't -- are you asking when I initially
2    created what served as the formation of this
3    specific printout (indicating)?
4        Q.  Sure.
5        A.  I think that that would have been in -- I
6    think it was 2015 at some point when I wanted to
7    start to fight back against telemarketers.
8        Q.  What season in 2015?
9        A.  I don't know.
10       Q.  Was there snow on the ground?
11       A.  I don't know.  It was four years ago.
12       Q.  You testified earlier about what we agreed
13   to refer to as a "call archive" --
14       A.  Yes.
15       Q.  -- do you remember that testimony?
16       A.  Yes.
17       Q.  Is this document part of the call archive?
18       A.  No.
19       Q.  Is this document similar to the call
20   archive in that it's a working document?
21       A.  This document is not updated anymore.
22       Q.  When you were updating it, how frequently
23   were you updating it?
24       A.  That -- I think that that varied pretty

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

137

1      A.   Okay.

2      Q.   If the telephone calls are intrusive and

3  harassing, why do you spend, as an example, 29

4  minutes on one of them?

5      A.   Why did I spend 29 minutes on the phone?

6      Q.   If you allege that they're intrusive and

7  harassing.  Why not just hang up?

8      A.   That's -- I think that's self-evident, is

9  that I -- what I do is when I receive these calls, I

10  attempt to identify the party responsible so that I

11  can fight back against illegal telemarketing.

12      Q.   Have you ever used a fake name when dealing

13  with a telemarketer?

14      A.   Are you speaking about this case or

15  generally?

16      Q.   Generally.

17      A.   Yes.

18      Q.   Have you ever used the name "Dan Smith"?

19      A.   I don't know what names I've used, but the

20  names that have been -- the names that are used, the

21  fictitious names that have been used have been used

22  with the purpose of trying to track the flow of my

23  information through the various lead generation

24  databases, and so on and so forth.

139

1    the public records requests with Massachusetts,

2    where I found the investigation that occurred

3    shortly after my complaints in Massachusetts with

4    the DPU, and also what's happened with PURA in

5    Connecticut and I think New York as well also for

6    the door-to-door solicitation, that there are very

7    serious compliance and ethical issues with how

8    Liberty Power attempted to acquire customers, and

9    one of those methods was telemarketing, which they

10   included -- which they openly admit to in their

11   public records when they're filing with regulatory

12   authorities.

13       Q.   The only reason 0240 rang in 20 --

14   September and October of 2016 is because you set up

15   call forwarding to your cell phone, correct?

16       A.   No.   The reason it rang is because I set up

17   call forwarding so that my wife wouldn't have to

18   hear the annoying calls or so that I wouldn't have

19   to walk across the house and pick up the phone.

20       Q.   Couldn't you just turn off the ringer

21   instead of setting up call forwarding?

22       A.   I'm under no obligation to accommodate the

23   needs of telemarketers who habitually violate the

24   law.

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

140

1      Q.  You are not, that is correct, but you could

2   have avoided what you allege to be intrusive and

3   harassing by simply turning off the ringer, correct?

4      A.  Well, I was already on the National Do Not

5   Call List, so that was my effort, which I think

6   would be much more broad than turning off the

7   ringer.

8      Q.  But instead, you set up call forwarding to

9   create records of these calls, correct?

10     A.  So that I could identify and hold the

11  parties accountable who are responsible for those

12  calls, I engaged in steps required to positively

13  identify the companies responsible for those calls.

14     Q.  On your call log which we looked at a

15  moment ago, you identified 508-202-1270 as a Liberty

16  Power telephone number, but you said you didn't pick

17  up the telephone until the tenth call, which is on

18  October 3, the first call being on September 8.  If

19  you knew it was from Liberty Power, why would you

20  pick up at all?

21     A.  Why do you think that I knew that the call

22  was from Liberty Power?

23     Q.  Well, your log says on September 8 you got

24  a call from Liberty Power.

156

1    don't allege that the anonymous call was a Liberty

2    Power call, correct?

3         A.  That is correct.

4         Q.  How many TCPA demand letters have you sent?

5         A.  In total?

6         Q.  In total.

7              MS. PARASMO:  Objection.

8              MR. BRUNDAGE:  What's the objection?

9              MS. PARASMO:  Vague and ambiguous.

10        A.  I'd say at least 25.

11        Q.  How many TCPA lawsuits have you been a

12   named plaintiff in?

13        A.  Are you talking about individual or class

14   actions?

15        Q.  Both.

16        A.  I don't know how many.  I know there have

17   been four class actions, and I'll see if there's an

18   answer in here.

19        Q.  It's page 54.

20        A.  (Witness reviews document.) I think it

21   would be at least eight, eight or nine, at least.

22        Q.  Do you have an approximation of how much

23   money you have made in the aggregate from TCPA

24   demand letters and lawsuits collectively?

**Samuel Katz - May 16, 2019**
**CONFIDENTIAL**

158



```
1    ████  ████████████████████    ████████
2    ██████████████████████████████████████
3    ████████████████████████████████████
4    ██████████████████████████████████████████
5    ████████████████████████████████████████████
6    ████████████████████
7    ████  ███████████████████████
8    ████  █████████████████
```

9        Q.   How much money are you individually seeking

10   in the Slovin lawsuit?

11        A.   In the Slovin lawsuit?

12        Q.   Yes.

13        A.   I was offered a hundred thousand dollars,

14   and I turned it down.  I believe that the

15   recommendation by my counsel was for $40,000.

16        Q.   How many telephone Consumer Protection Act

17   cases have you been deposed in?

18        A.   Three.

19        Q.   Would that be American Honda, Slovin and

20   today?

21        A.   Yes.

22        Q.   No others?

23        A.   No.

24        Q.   I want to turn your attention to page 53

169

1   email?

2        A.  I don't have any memory of this email, but

3   I'm able to interpret that it says that it is from

4   me to Oasis Energy.

5        Q.  And it says, "Hello, Please add me to your

6   company's Do Not Call List.  Thanks, Sam"; is that

7   correct?

8        A.  That is what it says.

9        Q.  Do you have any recollection of why you

10  wrote that email?

11       A.  If I had to speculate, it would probably be

12  because the contract was up and I didn't want to be

13  bothered -- I didn't want to be bothered by them

14  with trying to re-enroll me.

15       Q.  If you didn't want to be bothered and you

16  wanted to be on their company's Do Not Call List,

17  why didn't you email them any of your phone numbers?

18       A.  Because my phone number was in the original

19  email from September 30, including my account

20  number, my service address, and my name.

21       Q.  Well, that's one of your phone numbers, but

22  you had several others in March 2016, correct?

23       A.  Yes.

24       Q.  Why wouldn't you provide them all your

170

1    phone numbers if you didn't want to be disturbed?

2        A.   The phone number here is ███████████

3        Q.   Right, but you didn't provide them your

4    0240 or 5150 or your 9112 phone number?

5        A.   Okay.

6        Q.   Why not?

7        A.   Because they clearly had my ████████████

8    number, so if that was the number linked to my

9    account, it's reasonable to conclude that if they

10   were going to call me, they would be calling me with

11   the phone number that was already linked to my

12   account.

13               (Marked, Exhibit 8, Email chain, top one

14   of which is from S. Katz to customercare@

15   libertypowercorp.com dated 10/3/2016, KATZ

16   000013-14.)

17       Q.   All right, Mr. Katz, we're moving right

18   along, almost to the finish line.

19               The court reporter has handed you what's

20   been marked as Exhibit 8.  Please let me know if you

21   recognize this two-page document.  It is Bates KATZ

22   13 and 14.

23       A.   (Witness reviews document.) It appears to

24   be an email from October 3, 2016.

171

1      Q.   If you turn to KATZ 14, which is page 2,

2   please.   Is this an email from you to Liberty Power

3   saying, "Please add me to your Do Not Call List" and

4   providing three telephone numbers?

5      A.   Yes.

6      Q.   The numbers you provided are your cell

7   phone, 6565, one of your Fios numbers at the time,

8   0240, and your Google number of 9112; is that

9   accurate?

10      A.   That's correct, yes.

11      Q.   Why did you not also include your 5150

12   Verizon Fios number which you had at the time?

13      A.   I mean, I think it's important to add the

14   context that this was October 3, which was the same

15   day that I had received a call on my 0240 number.   I

16   don't remember why I didn't include 5150.   I don't

17   know.

18      Q.   Why did you send this email to David -- to,

19   among others, David Hernandez?

20      A.   I wanted to make sure that my phone

21   number -- also, my understanding is that even though

22   they told me that they had DNC'd me, they didn't

23   actually do it until several months later; but my

24   inclusion of David Hernandez would be to try to

**Samuel Katz - May 16, 2019**
**CONFIDENTIAL**

193

1      A.  Yes.  One of the dispositions was

2    interesting.  I think it said "disconnected," which

3    I think was the agent that had pulled the plug on

4    that specific call.

5      Q.  I think Arizona doesn't have Daylight

6    Savings Time.

7      A.  Maybe it's in California, then.

8      Q.  It's weird over there.

9      A.  Yeah.

10      Q.  All right.  Here is some audio.  Luckily

11    this is brief.

12            (Audio played.)

13      Q.  My apologies.  I forgot to identify that.

14    That is Bates 379616.  That was produced by your

15    attorneys around midnight last night.  Do you

16    recognize that call?

17      A.  Yes.

18      Q.  What is that call?

19      A.  That is the untampered-with recording of

20    the October 3 call at 1:27.  Can you refer back to

21    the Calibrus document, please.

22      Q.  Why?

23      A.  There was something I noticed, that my ZIP

24    code was not correct.  They did not have the zero --

Samuel Katz - May 16, 2019
**CONFIDENTIAL**

194

1    the leading zero, which I thought was odd.

2        Q.   So it's your testimony -- can you get the

3    second amended complaint in front of you, please.

4        A.   Yeah.

5        Q.   It's your testimony that the call we just

6    listened to -- and that's Bates 379616 -- is call

7    10 --

8        A.   Yes.

9        Q.   -- on page 13?

10       A.   Yes.

11       Q.   In that call that we just listened to,

12   don't you give them consent to call you back?

13       A.   No.

14       Q.   No?

15       A.   He didn't identify that he was going to be

16   calling me back on behalf of Liberty Power.  And to

17   the -- let me walk that back.  I agreed to receive

18   the call to determine who was responsible for the

19   1:27 call.

20              THE REPORTER:  Is that a time, "one

21   twenty-seven"?

22              THE WITNESS:  1:27, yes, 13:27.

23       A.   One thing I also think it's important to

24   mention is that Liberty was attempting to charge me

196

1          MS. PARASMO:  What exhibit are we on?

2          THE REPORTER:  12.

3          MR. BRUNDAGE:  Thank you.

4          (Marked, Exhibit 12, Privilege log.)

5     Q.  Mr. Katz, the court reporter has handed you

6   a document which has been marked as Exhibit 12.

7   Would you please take a look at it and let me know

8   if you recognize it.

9     A.  (Witness reviews document.) This looks like

10   it is a privilege log.

11     Q.  Have you seen that document before?

12     A.  Yes.

13     Q.  When was the first time you saw it?

14     A.  I know that I saw it last night, but I

15   don't know if I had seen it be -- I don't remember

16   if I had seen it before that.  I may have.  I'm not

17   sure.  I've looked at a lot of documents.

18     Q.  What's the date of the first entry in this

19   privilege log?

20     A.  October 3, 2016.

21     Q.  And there are four emails listed for that

22   day, correct?

23     A.  Yes.

24     Q.  Correspondence between you and your

197

1    attorneys, correct?

2        A.   Yes.

3        Q.   What was the first day that you contacted

4    Liberty Power in writing to request that you be put

5    on their Do Not Call List that's Exhibit 8?

6        A.   (Witness reviews document.) October 3.

7        Q.   So the same day that you were -- first

8    contacted Liberty Power and requested to be put on

9    their Do Not Call List, you were communicating with

10   your attorneys?

11       A.   I was communicating -- I mean --

12       Q.   Don't tell me the substance of the

13   communications.

14       A.   I know, I know.  I was communicating with

15   my -- I'm continually communicating with my

16   attorneys about all sorts of ongoing situations.

17       Q.   How do you pay for that?

18       A.   What do you mean?

19       Q.   Attorneys typically charge money to

20   communicate with them.  How do you afford to pay for

21   all that?

22       A.   I think that the terms of my --

23           MS. PARASMO:  Objection, objection.  I

24   instruct you not to divulge communications -- any

**CONFIDENTIAL**

1         CERTIFICATE OF COURT REPORTER

2          I, Joan M. Cassidy, Registered

3  Professional Reporter and Certified Realtime

4  Reporter, do certify that the deposition of Samuel

5  I. Katz, in the matter of S. Katz, et al. vs.

6  Liberty Power Corp., LLC, et al., on May 16, 2019,

7  was stenographically recorded by me; that the

8  witness provided satisfactory evidence of

9  identification, as prescribed by Executive Order 455

10  (03-13) issued by the Governor of the Commonwealth

11  of Massachusetts, before being sworn by me, a Notary

12  Public in and for the Commonwealth of Massachusetts;

13  that the transcript produced by me is a true and

14  accurate record of the proceedings to the best of my

15  ability; that I am neither counsel for, related to,

16  nor employed by any of the parties to the above

17  action; and further that I am not a relative or

18  employee of any attorney or counsel employed by the

19  parties thereto, nor financially or otherwise

20  interested in the action.

21

22                Joan M. Cassidy, RPR, CRR
                   Commission expires 5/1/2020

23

24

**CONFIDENTIAL**

201

```
1   WITNESS: Samuel I. Katz
    CASE: S. Katz, et al. vs. Liberty Power Corp., LLC,
2   et al.
              SIGNATURE PAGE/ERRATA SHEET
3   PAGE    LINE      CHANGE OR CORRECTION AND REASON
4    31   |   12   | change "work" to "VOIP" - transcription error
5   _____|_____|_____
6   _____|_____|_____
7   _____|_____|_____
8   _____|_____|_____
9   _____|_____|_____
10  _____|_____|_____
11  _____|_____|_____
12  _____|_____|_____
13  _____|_____|_____
14  _____|_____|_____
15  _____|_____|_____
16  _____|_____|_____
17  _____|_____|_____
18  _____|_____|_____
19  _____|_____|_____
20  _____|_____|_____
21  I have read the transcript of my deposition taken
    May 16, 2019.  Except for any corrections or changes
22  noted above, I hereby subscribe to the transcript as
    an accurate record of the statements made by me.
23  Signed under the pains and penalties of perjury.
     Samuel Katz
24  _____   DATE _____
```

Samuel I. Katz
www.EppleyCourtReporting.com  508-478-9795
SIGNATURE PAGE/ERRATA SHEET INFORMATION
For deposition taken on: May 16, 2019