# EXHIBIT 6

June 26, 2017 Samuel Katz Partial Deposition Transcript from *Katz in Slovin, et al., v. Sunrun Inc., et al.*, 4:15-cv-05340-YGR (N.D. Cal.)

EXHIBIT B TO DEFENDANT'S MOTION TO DISMISS OR STRIKE KATZ V. CHW CASE NO. 5:22-CV-05198-PKH

# Transcript of the Testimony of **Samuel Katz**

**Date:** June 26, 2017

**Case:** Lynn Slovin v. Sunrun, Inc., et al

**THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION**



ACE·FEDERAL

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   ------------------------------------------------x

5   LYNN SLOVIN, an individual, on her own behalf

6   and on behalf of all others similarly situated,

7                    Plaintiff,

8            v.

9   SUNRUN, INC., a California corporation,

10  CLEAN ENERGY EXPERTS, LLC,

11  a California limited liability company

12  doing business as SOLAR AMERICA,

13  and DOES 1-5, inclusive,

14                   Defendants.

15  ------------------------------------------------x

16  Case No. 4:15-cv-05340-YGR

17  ------------------------------------------------x

18

19

20                    June 26, 2017

21                                      9:58 a.m.

22

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 2

1           *** CONFIDENTIAL ***

2

3           CONFIDENTIAL video deposition of

4    SAMUEL KATZ, taken by Defendants, at the offices

5    of Kelley Drye & Warren LLP, One Jefferson Road,

6    2nd Floor, Parsippany, New Jersey, before

7    Brandon Rainoff, a Federal Certified Realtime

8    Reporter and Notary Public of the State of New

9    York.

10   A P P E A R A N C E S:

11

12   PARASMO LIEBERMAN LAW

13   Attorneys for Plaintiffs

14           7400 Hollywood Boulevard

15           #505

16           Los Angeles, California   90046

17   BY:    GRACE PARASMO, ESQ.

18          646.509.3913

19          gparasmo@parasmoliebermanlaw.com

20          YITZCHAK H. LIEBERMAN, ESQ.

21          917.657.6857

22          ylieberman@parasmoliebermanlaw.com

```
 1    A P P E A R A N C E S (continued):

 2    PARISI & HAVENS LLP

 3    Attorneys for Plaintiffs

 4           212 Marine Street; Suite 100

 5           Santa Monica, California   90405

 6           818.990.1299

 7    BY:    DAVID C. PARISI, ESQ.

 8           dparisi@parisihavens.com

 9    KELLEY DRYE & WARREN LLP

10    Attorneys for Defendants

11           One Jefferson Road; 2nd Floor

12           Parsippany, New Jersey   07054

13           973.503.5900

14    BY:    LAURI A. MAZZUCHETTI, ESQ.

15           973.503.5910

16           lmazzuchetti@kelleydrye.com

17           GLENN T. GRAHAM, ESQ.

18           973.503.5917

19           ggraham@kelleydrye.com

20           MATTHEWS FLOREZ, Summer Associate

21    ALSO PRESENT:

22    VINCENT FALCETANO, Videographer
```

Case 5:22-cv-05898-HSG Document 20-6 Filed 12/02/19 Page 6 of 12 Page ID #: 207
Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 60

1  A  No.
2  Q  Did you engage Mr. Robichaud?
3  A  No.
4  Q  Did you engage any of these other
5  attorneys with whom you spoke?
6  A  No.
7  Q  Are there any other attorneys that you
8  are being represented by that we have haven't
9  already discussed?
10  A  I don't think so.
11  Q  When is the first time that you
12  asserted either in a demand letter or in a
13  lawsuit a claim under the TCPA?
14  A  Probably in 2015.
15  Q  Was the Honda case your first?
16  A  I think so.
17  Q  I believe we have a list of the
18  lawsuits that you filed.  So I won't ask for you
19  to -- we've talked about some of them -- but I
20  won't ask you further for your recollection
21  without providing you with your own list.
22      But can you approximate for me how

1    many demand letters that either you or an
2    attorney on your behalf have sent alleging
3    claims under the TCPA or a similar type statute?
4              MS. PARASMO:  Objection to form.
5       A     What do you mean by "demand letter"?
6       Q     A letter where you are writing to a
7    company asserting that you have a claim based
8    upon a call received and seeking money in
9    response.
10      A     Well, there is a number of situations
11   where I've sent letters and I'm not seeking any
12   money and I'm just looking for information on
13   who provided my information to that company.
14      Q     So let's talk -- let's divide them up,
15   then.
16             Let's talk about the letters where you
17   have actually made a demand -- a demand letter
18   where -- seeking compensation for the calls that
19   you received.
20      A     Even those -- you know, I'll state
21   monetary demand in an effort to get the
22   attention of someone because I know that if I

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 62

1  just say I want information, they will brush me
2  off.  So there needs to be something to kind of,
3  you know, get them to respond, or get them to at
4  least, you know, have an attorney that I can
5  talk to or, you know, to try to gather
6  information.
7     Q    So how many times have you -- can you
8  approximate how many times since 2015 you have
9  sent a letter where you are asserting a claim
10 and seeking some form of compensation or relief?
11    A    You say a letter --
12         MS. PARASMO:  Objection to form.
13    A    -- what do you mean by "letter"?
14         Physical mail?
15    Q    It can be sent by e-mail.  It can be
16 sent by FedEx.  What I mean is a letter where --
17 an e-mail where you are saying:  I have a claim,
18 or an attorney is saying it for you, and you are
19 seeking money in response.
20    A    I don't know how many.
21    Q    Can you approximate?
22    A    No.

Page 63

1   Q   Has it been more than 10?
2   A   I don't know.
3   Q   You don't know if it's been more or
4   less than 10?
5   A   It's been more than 10.
6   Q   Has it been more than 20?
7   A   I don't know.
8   Q   So you think it's somewhere between 10
9   and 20?
10  A   I don't -- it's difficult for me to
11  differentiate between a kind of formal,
12  well-laid-out demand letter where it's just
13  stating -- my understanding at least from
14  reading it online and looking at Googling things
15  and figuring out is that, you know, sometimes,
16  you know, it will be very short, you know,
17  quick, you know, just looking for information.
18          Sometimes it will be a little bit
19  longer if I think they might have more valuable
20  information.
21          So it really depends on the context
22  of -- you know, I wouldn't want to end up

1  then, please, don't disclose attorneys' --
2      A    If I don't recognize a phone number, I
3  put it into my -- I enter it into my cellphone
4  to see if I recognize it.
5      Q    You said you log on to your FIOS
6  account.
7           What's available in your FIOS account?
8      A    It's a -- it gives me a summary of the
9  incoming calls or something like that for a
10 certain period of time; or give me a record
11 of -- the activity on my phone lines for a
12 certain period of time or a certain number of
13 records.
14     Q    What numbers are you able to receive
15 that information through FIOS?
16          MS. PARASMO:  Objection to form.
17     A    0240 and 5150.
18     Q    So we just -- we were going through
19 your phone numbers.  We got your cellphone
20 number which ends in the 6565.
21          And your 0240 number is what type of
22 phone number?

1     A     A landline.
2     Q     How long have you used that number?
3     A     I think -- I think since approximately
4  March of 2015.
5     Q     Do you know who used that number
6  before you did?
7     A     No, I don't.
8     Q     So that was a brand-new phone number
9  to you?
10    A     Yes.
11    Q     When you access your FIOS account,
12 what could you see with respect to the 0240
13 number?
14          MS. PARASMO:  Objection to form,
15 vague.
16    A     The metadata that I transcribe.
17    Q     Can you see incoming phone calls on
18 the 0240 number?
19    A     Yes.
20    Q     Have you provided to your attorney all
21 of the data that you looked at?
22    A     Yes.  It's in the call log.

462

| | |
|---|---|
| 1 | C E R T I F I C A T E |
| 2 | STATE OF NEW JERSEY |
| 3 | COUNTY OF MORRIS |
| 4 | |
| 5 | I, BRANDON RAINOFF, a Federal Certified |
| 6 | Realtime Reporter and Notary Public within and for |
| 7 | the State of New York, do hereby certify: |
| 8 | That SAMUEL KATZ, the witness whose |
| 9 | deposition is hereinbefore set forth, was duly sworn |
| 10 | by me and that such deposition is a true record of |
| 11 | the testimony given by the witness. |
| 12 | I further certify that I am not related |
| 13 | to any of the parties to this action by blood or |
| 14 | marriage, and that I am in no way interested in the |
| 15 | outcome of this matter. |
| 16 | IN WITNESS WHEREOF, I have hereunto set |
| 17 | my hand this 26th day of June, 2017. |
| 18 | |
| 19 | |
| 20 | _____ |
| 21 | BRANDON R. RAINOFF, RMR, CRR, RPR, FCRR |
| 22 | |
| 23 | |
| 24 | |
| 25 | |