**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| SAM KATZ, on behalf of himself and all other similarly situated, | |
| *Plaintiff*, | |
| v. | Case No. 5:22-cv-05198-PKH |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | |
| *Defendant*. | |

<u>**JOINT MOTION TO EXTEND BRIEFING SCHEDULES ON PENDING MOTIONS**</u>

Plaintiff Sam Katz ("Plaintiff") and Defendant CHW Group, Inc. d/b/a Choice Home Warranty (individually, "CHW" and together with Plaintiff, the "Parties") respectfully submit this joint motion to extend briefing on the Parties' pending motions (*see* Dkts. 17 & 19) by a period of no less than thirty (30) days, or however long the Court deems appropriate. In support thereof, the Parties state as follows:

1.       Plaintiff filed his Complaint in this matter in Arkansas state court on July 18, 2022. *See generally* Dkt. 2-1.

2.       Defendant was purportedly served with process on or about August 29, 2022. *See* Dkt. 2 at ¶ 5 and Exhibit C thereto.

3.       Defendant timely removed this matter to this Court on September 27, 2022, *See generally* Dkt. 2.

4.       On December 2, 2012, Plaintiff filed a motion for partial remand, which seeks to remand Count III of the Complaint on Article III standing grounds. *See generally* Dkts 17 and 18 ("Motion to Remand"). Defendant intends to oppose.

5.       Also on December 2, 2012, after having been granted agreed-to extensions, Defendant filed a motion to dismiss and/or strike the Complaint, which seeks to dismiss the entire Complaint

pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, to strike Plaintiff's class and other allegations pursuant to Fed. R. Civ. P. 12(f) and/or 23. *See generally* Dkts. 19 and 20 ("Motion to Dismiss"). Plaintiff intends to oppose.

6.      Per Local Rule 7.2(d), the Parties' oppositions to the Motion to Remand and Motion to dismiss are due on December 16, 2022. The Parties further understand that any replies in support of their respective motions (if requested and allowed) would be due thereafter, in the Court's discretion.

7.      Plaintiff's counsel has been informed that Defendant's primary counsel (Paul Heeringa, who is appearing *pro hac vice*) had a parent pass away just recently and is the administrator of the estate. The Parties are also engaged in preliminary negotiations about a possible extra-judicial resolution, which are ongoing and not yet completed, and would like to see those discussion through to conclusion.

8.      Consequently, and also in light of the approaching holiday season and other personal and professional scheduling conflicts, the Parties' counsel have conferred and agreed to extend briefing on the Motion to Remand and Motion to Dismiss, including the filing of the Parties' respective oppositions and any replies if allowed, by a period of thirty (30) days, or however long the Court deems appropriate.

9.      If this extension is granted, and by operation of Fed. R. Civ. P. 6(a)(1)(C),[1] the Parties would have until January 16, 2023 to file their respective oppositions to the Motion to Remand and Motion to Dismiss. The Parties have also agreed to submit any requests to file reply briefs in support of their respective motions by seven (7) days thereafter—*i.e.*, on or before January 23, 2023.

10.     The Parties also agree and respectfully request that Plaintiff's deadline to amend his complaint as a matter of course in response to Defendant's Motion to Dismiss, as allowed by Fed. R. Civ. P. 15(a)(1)(A), also be extended to January 16, 2023.

---

[1] Thirty days from the Parties' current opposition deadlines would fall on a weekend and, thus, would automatically extend to the next business day under Rule 6.

11.     This request is being made in good faith and will not prejudice any party to this action or impact the timely resolution of this matter, especially as there is no case schedule presently and this matter is in its preliminary stages.

12.     Good cause exists for granting this request for at least the reasons stated above.

13.     By seeking this extension, the Parties do not waive any rights or arguments with respect to the pending motions, the propriety or lack thereof of reply briefs, or otherwise.

14.     The Parties have agreed to be bound by the deadlines in this Joint Motion, pending Court approval of same, and thus failure to file an opposition will not be deemed as a waiver or concession.

15.     A proposed Agreed Order is being submitted herewith for the Court's consideration.

16.     Counsel for Plaintiff has given counsel for Defendant permission to affix his signature to this Motion and to file same jointly on behalf of the Parties.

WHEREFORE, for all the reasons above, the Parties jointly and respectfully request that the Court grant this Motion, permit the requested extensions, and enter the proposed Agreed Order, or a substantially similar order, along with granting the Parties all other relief the Court deems just and proper.

Dated: December 12, 2022

Respectfully submitted,

By: /s/ A. Paul Heeringa
A. Paul Heeringa, Admitted *Pro Hac Vice*
**MANATT, PHELPS & PHILLIPS, LLP**
151 North Franklin Street, Ste. 2600
Chicago, IL 60606
(312) 529-6308 - Telephone
(312) 529-6315 - Facsimile
pheeringa@manatt.com

Emily A. Neal, Ark. Bar No. 2003087
Conner Eldridge, Ark. Bar No. 2003155
**ELDRIDGE BROOKS, PLLC**
5100 West JB Hunt Drive, Ste. 840
Rogers, AR 72758
4795537678 - Telephone
4795537553 - Facsimile

emily@eldridgebrooks.com
conner@eldridgebrooks.com

*Attorneys for Defendant*


By: /s/ Jeremy M. Glapion (with permission)
Jeremy M. Glapion, Admitted *Pro Hac Vice*
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.965.8006
jmg@glapionlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on December 12, 2022, which served same electronically upon all counsel of record.


/s/ A. Paul Heeringa