## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

SAM KATZ, on behalf of himself and all other similarly situated,

       *Plaintiff*,

v.

CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,

       *Defendant*.

Case No. 5:22-cv-05198-PKH

### [PROPOSED] AGREED ORDER GRANTING JOINT MOTION TO EXTEND

This matter, coming to be heard on the Parties' Joint Motion to Extend (the "Motion"), due notice having been given, the Parties being in agreement and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** for the reasons stated therein and as follows.

2. The Parties shall have until **January 16, 2023** to file their respective oppositions to the pending Motion to Remand (*see* Dkts. 17 and 18) and Motion to Dismiss/Strike (*see* Dkts. 19 and 20).

3. Plaintiff's deadline amend his complaint as a matter of course in response to Defendant's Motion to Dismiss/Strike, as allowed by Fed. R. Civ. P. 15(a)(1)(A), is extended to **January 16, 2023.**

4. The Parties shall have until **January 23, 2023** to submit any requests to the Court to file any replies in support of said motions, attaching the proposed reply for the Court's consideration.

**SO ORDERED THIS \_\_\_\_ DAY OF DECEMBER, 2022**

By: _____
     Hon. P.K. Holmes III
     United States District Judge