IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAM KATZ, on behalf of himself and all other similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br><br>*Defendant*. | Case No. 5:22-cv-05198-PKH |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF ITS MOTION TO DISMISS AND/OR STRIKE
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("CHW") hereby respectfully moves for leave to file a reply in support of its Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint (*see* Dkts. 25, 26, the "Motion"), and in support states as follows:

1. CHW filed its Motion and supporting documents on January 30, 2023.

2. On February 13, 2023, Plaintiff Sam Katz ("Plaintiff") filed his response in opposition to the Motion (*see* Dkt. 27, the "Opposition").

3. CHW seeks to file a concise reply brief of no more than ten (10) pages in length (excluding caption, signature block and certificates) in support of its Motion. The purpose of CHW's anticipated reply would be to (a) respond to matters raised and (b) correct various misstatements and misapplications of law and fact presented in the Opposition, so that the Court has full briefing on all matters pertinent to the resolution of the Motion.

4. CHW believes that a short reply brief will more clearly articulate the parties' positions and would assist the Court in making its determination on the pending Motion. CHW

does not seek a reply for purposes of delay but rather so that the Court has a complete and accurate picture of the relevant allegations and applicable law when ruling on the Moton.

5. If permitted, CHW would file its reply brief no later than seven (7) days after the Court grants this request for leave.

WHEREFORE, CHW respectfully requests that the Court issue an order granting CHW leave to file a reply brief of no more than ten (10) pages in length (excluding caption, signature block and certificates) and within no later than seven (7) days after the Court grants this request for leave. A proposed order has been submitted herewith for the Court's consideration.

Dated: February 17, 2023                                      Respectfully submitted,


By: /s/ A. Paul Heeringa
A. Paul Heeringa, Admitted *Pro Hac Vice*
**MANATT, PHELPS & PHILLIPS, LLP**
151 North Franklin Street, Ste. 2600
Chicago, IL 60606
(312) 529-6308 - Telephone
(312) 529-6315 - Facsimile
pheeringa@manatt.com

Emily A. Neal, Ark. Bar No. 2003087
Conner Eldridge, Ark. Bar No. 2003155
**ELDRIDGE BROOKS, PLLC**
5100 West JB Hunt Drive, Ste. 840
Rogers, AR 72758
479-553-7678 - Telephone
479-553-7553 - Facsimile
emily@eldridgebrooks.com
conner@eldridgebrooks.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on February 17, 2023, which served same electronically upon all counsel of record.

/s/ A. Paul Heeringa