# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAM KATZ, on behalf of himself and all other similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br><br>   *Defendant*. | Case No. 5:22-cv-05198-PKH |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

This matter, coming to be heard on Defendant CHW Group, Inc. d/b/a Choice Home Warranty's ("CHW") Motion for Leave to File Reply in Support of its Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint (the "Motion"), due notice having been given, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

The Motion is **GRANTED**. CHW is granted leave to file a reply brief in support of the Motion of no more than ten (10) pages in length (excluding caption, signature block and certificates) and within no later than seven (7) days after the entry of this Order.

  **SO ORDERED THIS ____ DAY OF FEBRUARY, 2023**

                  By: _____
                     Hon. P.K. Holmes III
                     United States District Judge