**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS**

SAM KATZ, on behalf of himself and all other
similarly situated,

        *Plaintiff*,

    v.

CHW GROUP, INC. d/b/a CHOICE HOME
WARRANTY,

        *Defendant*.

Case No. 5:22-cv-05198-PKH

## NOTICE OF RESOLUTION

Plaintiff Sam Katz ("Plaintiff"), for himself and on behalf of Defendant CHW Group, Inc., d/b/a Choice Home Warranty ("Defendant," and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter.  The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days.  In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: December 12, 2023

Respectfully submitted,

By: /s/ Jeremy M. Glapion

    Jeremy M. Glapion
    Glapion Law Firm
    1704 Maxwell Drive
    Wall New Jersey, 07719
    jmg@glapionlaw.com

    *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on   December 12, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

By: <u>/s/ Jeremy M. Glapion</u>